|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | UNITED STATES OF AMERICA | |
| 11 | NORTHERN DISTRICT OF CALIFORNIA | |
| 12 | OAKLAND DIVISION | |

UNITED STATES OF AMERICA, ) CASE NO.: CR 16-0418 HSG
)
                Plaintiff, ) **PRELIMINARY ORDER OF**
) **FORFEITURE**
    v. )
)
LISA RENEE MOODY )
    a/k/a, Lisa Renee Moore; and )
EDWIN JERMAINE ROY, )
)
                Defendants. )
)

Having considered the application for a Preliminary Order of Forfeiture filed by the United States and the plea agreements entered on November 28, 2016 and December 5, 2016, wherein the defendants admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. a Smith & Wesson Model SD40VE .40-caliber pistol, bearing serial number HFX7366;

b. a Smith & Wesson Model 5904 9-mm pistol, bearing serial number VAB5155;

c. Sixteen rounds of Fiocchi and/or TulAmmo ammunition that were loaded into the Smith & Wesson Model 5904 9-mm pistol at the time of its seizure; and

d. Eleven rounds of Winchester ammunition,

pursuant to Title 18, United States Code, Section 924(d) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Defendant Lisa Renee Moody was sentenced on February 17, 2017. As part of her sentence, the Court ordered the forfeiture of the subject property, which was incorporated in the Judgment and Commitment, entered on March 17, 2017.

Defendant Edwin Jermaine Roy was sentenced on April 10, 2017. As part of his sentence, the Court ordered the forfeiture of the subject property, which was incorporated in the Judgment and Commitment, entered on April 13, 2017.

IT IS SO ORDERED this 12th day of May 2017.

HAYWOOD S. GILLIAM, JR.
United States District Judge